UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: April 26, 2018
JUDGE: Pamela Pepper
CASE NO: 18-cr-64
CASE NAME: United States of America v. Nicholas Rivecca, Sr.
NATURE OF HEARING: Arraignment and Plea
APPEARANCES: Zachary Corey – Attorney for the government
Patrick Coffey – Attorney for defendant
Nicholas Rivecca – Defendant
Daniel Dragolovich – US Probation
COURTROOM DEPUTY: Kristine Wrobel
TIME: 11:01 a.m. – 12:07 p.m.

**AUDIO OF THIS HEARING AT DKT. NO. 12**

The court had scheduled this hearing for an arraignment and plea. The court advised the defendant of his rights, and counsel for the government advised the defendant of the charges against him and the maximum possible penalties. The defendant and counsel for the defendant executed in open court the waiver of indictment; the court signed the waiver.

The court noted that the parties had filed the plea agreement on April 4, 2018. The plea agreement called for the defendant to plead guilty to one count of conspiracy to defraud the government. The court placed the defendant under oath, reviewed the plea agreement with him, and questioned the defendant. The court recounted that the charge involved a maximum prison term of five years and a maximum fine of $250,000. The charge also carried a special assessment of $100 and a maximum of three years of supervised release. After the defendant had answered all of the court's questions, the court found that the defendant understood his trial rights, the penalties associated with the charge, the possible civil ramifications of a conviction, and the uncertainty of his ultimate sentence. The court also found that the defendant entered the plea knowingly and voluntarily, without threats or promises. The court accepted the defendant's plea of guilty, and found the defendant guilty of the offense charged in the information.

With regard to the question of bail pending sentencing, the court noted that the defendant had appeared voluntarily, and that the bond study provided by pretrial services recommended that the court release the defendant on his own recognizance. Counsel for the government concurred with the recommendation of the probation officer. The court ordered the plaintiff released; the court will issue a separate order containing conditions of release.

1

The parties requested that the court not schedule a sentencing hearing at this time, and indicated that they would contact the court for a hearing date in the future.